USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/19



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET
SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL:
MELANIE A. MACLEAN
TELEPHONE: (212) 336-5699

November 14, 2019

**By ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:   **SEC v. Tsai, 1:19-cv-07501-GHW**

Dear Judge Woods:

Plaintiff Securities and Exchange Commission (the "Commission") respectfully writes to provide the Court with an update on the status of the parties' settlement efforts as required by the Court's Order dated October 1, 2019 (DE 9). The parties have reached a settlement agreement in principle, which is undergoing the required internal reviews within the Commission, a process that we anticipate will take 6-8 weeks. We expect to be in a position to submit the proposed settlement, if it is approved, for the Court's consideration on or before January 2, 2020. The parties respectfully request that the Court keep this case open on its active docket until that date, by which time the parties will either submit a proposed consent judgment for the Court's approval or provide a status report.

Before submitting this letter, we consulted with counsel for defendant Tsai, and they do not object to the content of this letter.

Respectfully submitted,

*M. MacLean*
Melanie A. MacLean

Application granted. The initial pre-trial conference currently scheduled for January 8, 2020 is adjourned *sine die*. The parties are directed to provide either a joint letter updating the Court on the status of settlement or a proposed consent judgment by no later than January 2, 2020. To the extent that Defendant has retained counsel who expects to represent him in this matter, counsel is directed to enter a notice of appearance in this case promptly. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: November 15, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge